United States District Court
Southern District of Texas
**ENTERED**
May 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC | § | |
| *Plaintiff/Counter-Defendant,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-01753 |
| | § | |
| SHIELD LINERS, LLC, | § | |
| COLTON W. FULTZ, and JESSICA FULTZ, | § | JURY DEMANDED |
| *Defendants/Counter-Plaintiffs/Cross-Plaintiffs* | § | |
| | § | |
| v. | § | |
| | § | |
| MICHAEL WITT AND KRAIG KILLOUGH | § | |
| *Third-Party Defendants/Cross-Defendants* | § | |

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

The Court is of the opinion that Plaintiff/Counter-Defendant and Third-Party Defendants/Cross-Defendants Unopposed Motion to Substitute Counsel is not sought for delay and that the Motion should be GRANTED.

IT IS THEREFORED ORDERED that Bob Wynne and The Wynne Law Firm, PC are discharged as attorneys of record for Plaintiff/Counter-Defendant and Third-Party Defendants/Cross-Defendants and that Kevin Pennell and the Pennell Law Firm, PLLC are substituted as attorney of record for Plaintiffs.

Signed on: May 16, 2025

_____
Judge Presiding