United States District Court
Southern District of Texas
**ENTERED**
July 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:24-CV-01753 |
| | § |
| SHIELD LINERS, LLC, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court are Plaintiff's Motion to Compel Depositions (Doc. #36) and Plaintiff's Motion to Compel Document Production (Doc. #37). The Court finds that these Motions do not comply with Rule B.4 of this Court's Procedures and Practices. Specifically, "*[b]efore filing a motion regarding a discovery dispute*, the complaining party must email the Case Manager and Law Clerks a letter—not to exceed two (2) pages—explaining the nature of the dispute and detailing the" parties prior out-of-court discussions on the matter. RULE B.4, COURT PROCEDURES AND PRACTICES. Accordingly, it is hereby ORDERED that the Motions (Doc. Nos. 36, 37) be STRICKEN from the record.

It is so ORDERED.

JUL 2 4 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge