United States District Court
Southern District of Texas
**ENTERED**
August 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC, § § Plaintiff, § § VS. § § SHIELD LINERS, LLC, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:24-CV-01753 |

## ORDER

Before the Court is Plaintiff Shield Industrial Coatings, LLC's (1) Motion for Summary Judgment (Doc. #34) and (2) Motion for Summary Judgment on Counterclaimants Colton W. Fultz and Jessica Fultz's Claims for Declaratory Judgment and Quantum Meruit (Doc. #35). The Court finds that these Motions do not comply with Rule B.5(a) of this Court's Procedures and Practices. Specifically, all authority must be cited within the body of the document and not footnoted. Accordingly, it is hereby ORDERED that the Motions (Doc. Nos. 34, 35) be STRICKEN from the record.

Plaintiff may refile these Motions in accordance with Rule B.5 within seven (7) days of the entry of this Order.

It is so ORDERED.

AUG 0 4 2025
Date

The Honorable Alfred H. Bennett
United States District Judge