Exhibit 1

**Will Aldrete**

---

| | |
|---|---|
| **From:** | Lema Mousilli <lema@mousillilaw.com> |
| **Sent:** | Wednesday, June 25, 2025 11:29 AM |
| **To:** | Will Aldrete; Shea Palavan |
| **Cc:** | Mari Cruz Lumbreras |
| **Subject:** | Re: Shield Industrial Coatings v. Shield Liners- Request for Depositions |

Good morning, Will,

After reviewing the Court's Scheduling Order, it's clear that discovery has closed. As you are aware, my client's depositions were scheduled for April. However, just days before their depositions, they were unilaterally cancelled by Plaintiffs' counsel. Despite my inquiries regarding rescheduling them, nothing was done.

You attempted to reschedule shortly before discovery closed. While we attempted to provide suitable dates, it was not possible on such short notice. As such, we cannot proceed with depositions now.


Thank you,

**Lema Mousilli, JD/MBA |** Principal Attorney
Mousilli Law - Attorneys & Counselors at Law
www.mousillilaw.com


On Tue, Jun 24, 2025 at 11:38 AM Will Aldrete <waldrete@pennellfirm.com> wrote:

Good morning,


I'm following up on the deposition requests below.


Thank you,


Will


**Will Aldrete**

1

Associate Attorney

19 Briar Hollow Lane, Suite 110

Houston TX 77027

waldrete@pennellfirm.com

Main: 713-965-7568

Fax: 713-583-9455

www.pennellfirm.com

This message is being sent by or on behalf of a federally insured commercial bank and it is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged and/or confidential or otherwise legally exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for the delivery of it to the intended recipient, you are hereby notified that you are not authorized to read, print, or retain this communication, and that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply email and delete all copies of this message from your computer system. Thank you in advance for your cooperation.



PENNELL LAW FIRM PLLC

--

**From:** Will Aldrete
**Sent:** Monday, June 16, 2025 1:19 PM
**To:** Lema Mousilli <lema@mousillilaw.com>
**Cc:** Mari Cruz Lumbreras <mari@mousillilaw.com>
**Subject:** RE: Shield Industrial Coatings v. Shield Liners- Request for Depositions

I will withdraw the notices.  Please provide alternate dates for their depositions.  I'd like to get them completed in July.  I have availability the weeks of July 7 and 14.  The weeks of July 21 and 28 currently have a trial setting, though the court indicated that it would rule on an MSJ this week, so those week might open up.

Thank you,

Will

**Will Aldrete**

Associate Attorney

19 Briar Hollow Lane, Suite 110

Houston TX 77027

waldrete@pennellfirm.com

Main: 713-965-7568

Fax: 713-583-9455

www.pennellfirm.com

This message is being sent by or on behalf of a federally insured commercial bank and it is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged and/or confidential or otherwise legally exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for the delivery of it to the intended recipient, you are hereby notified that you are not authorized to read, print, or retain this communication, and that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply email and delete all copies of this message from your computer system. Thank you in advance for your cooperation.

PENNELL LAW FIRM PLLC

--

**From:** Lema Mousilli <lema@mousillilaw.com>
**Sent:** Monday, June 16, 2025 10:05 AM
**To:** Will Aldrete <waldrete@pennellfirm.com>
**Cc:** Mari Cruz Lumbreras <mari@mousillilaw.com>
**Subject:** Re: Shield Industrial Coatings v. Shield Liners- Request for Depositions

Good morning, Will,

The Court's local rules require conferencing with you and submitting a letter to the Court prior to filing discovery motions.

Please let me know if you will voluntarily withdraw the deposition notices.

Thank you,

**Lema Mousilli, JD/MBA |** Principal Attorney

Mousilli Law - Attorneys & Counselors at Law

www.mousillilaw.com

On Sat, Jun 14, 2025 at 8:16 PM Lema Mousilli <lema@mousillilaw.com> wrote:

> Will,
>
> I apologize but I am now no longer available on June 20 and therefore we cannot proceed with Ms. Fultz's deposition either.
>
> We will be quashing both deposition notices.
>
> Thank you,
>
> **Lema Mousilli, JD/MBA |** Principal Attorney
>
> Mousilli Law - Attorneys & Counselors at Law
>
> www.mousillilaw.com
>
> On Fri, Jun 13, 2025 at 3:11 PM Will Aldrete <waldrete@pennellfirm.com> wrote:
>
>> I will modify the notices, though initially the emails indicated he was available the 20. Please provide dates that Mr. Fultz is available.
>>
>> Thank you,
>>
>> Will
>>
>> **From:** Lema Mousilli <lema@mousillilaw.com>
>> **Sent:** Thursday, June 12, 2025 5:08 PM
>> **To:** Will Aldrete <waldrete@pennellfirm.com>; Mari Cruz Lumbreras <mari@mousillilaw.com>
>> **Subject:** Re: Shield Industrial Coatings v. Shield Liners- Request for Depositions

Will,

Mr. Fultz is out of town on June 20. I previously indicated only Ms. Fultz is available on that date.

Also, I am no longer available on June 17 due to hearings that have been recently scheduled.

Please advise if you will voluntarily withdraw your notices or if a motion to quash will be necessary.

Thank you,

**Lema Mousilli, JD/MBA |** Principal Attorney

Mousilli Law - Attorneys & Counselors at Law

www.mousillilaw.com

On Tue, Jun 10, 2025 at 12:01 PM Will Aldrete <waldrete@pennellfirm.com> wrote:

Thanks.  Is it possible to move hers to the 17?  Or is June 20 the only day for both of them?

Will

**From:** Lema Mousilli <lema@mousillilaw.com>
**Sent:** Tuesday, June 10, 2025 11:35 AM
**To:** Will Aldrete <waldrete@pennellfirm.com>
**Subject:** Re: Shield Industrial Coatings v. Shield Liners- Request for Depositions

Good morning, Will,

I received an email from my client earlier this morning that she is not available June 18. However, June 20 is still available.

Yes, Zoom will work for us.

Thank you,

**Lema Mousilli, JD/MBA |** Principal Attorney

Mousilli Law - Attorneys & Counselors at Law

[www.mousillilaw.com](www.mousillilaw.com)

On Tue, Jun 10, 2025 at 7:49 AM Will Aldrete <[waldrete@pennellfirm.com](mailto:waldrete@pennellfirm.com)> wrote:

Good morning,

Let's do June 18 and 20.  If you're okay with it, I'm fine conducting them over Zoom.

Thanks,

Will

**Will Aldrete**

Associate Attorney

19 Briar Hollow Lane, Suite 110

Houston TX 77027

waldrete@pennellfirm.com

Main: 713-965-7568

Fax: 713-583-9455

www.pennellfirm.com


This message is being sent by or on behalf of a federally insured commercial bank and it is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged and/or confidential or otherwise legally exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for the delivery of it to the intended recipient, you are hereby notified that you are not authorized to read, print, or retain this communication, and that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply email and delete all copies of this message from your computer system. Thank you in advance for your cooperation.


PENNELL LAW FIRM PLLC

--


**From:** Lema Mousilli <lema@mousillilaw.com>
**Sent:** Monday, June 9, 2025 5:19 PM
**To:** Will Aldrete <waldrete@pennellfirm.com>
**Subject:** Re: Shield Industrial Coatings v. Shield Liners- Request for Depositions

Good afternoon, Will,

Ms. Fultz has availability on June 17 and 18. Mr. Fulz has availability on June 20.

Thank you,

**Lema Mousilli, JD/MBA** | Principal Attorney

Mousilli Law - Attorneys & Counselors at Law

[www.mousillilaw.com](www.mousillilaw.com)

On Fri, Jun 6, 2025 at 8:18 AM Will Aldrete <[waldrete@pennellfirm.com](mailto:waldrete@pennellfirm.com)> wrote:

Good afternoon,

I want to touch base and follow up about deposition availability.

Thanks,

Will

**Will Aldrete**

Associate Attorney

19 Briar Hollow Lane, Suite 110

Houston TX 77027

waldrete@pennellfirm.com

Main: 713-965-7568

Fax: 713-583-9455

www.pennellfirm.com

This message is being sent by or on behalf of a federally insured commercial bank and it is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged and/or confidential or otherwise legally exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for the delivery of it to the intended recipient, you are hereby notified that you are not authorized to read, print, or retain this communication, and that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply email and delete all copies of this message from your computer system. Thank you in advance for your cooperation.

PENNELL LAW FIRM PLLC

--

**From:** Will Aldrete
**Sent:** Tuesday, May 27, 2025 4:18 PM
**To:** Lema Mousilli <lema@mousillilaw.com>
**Subject:** Shield Industrial Coatings v. Shield Liners- Request for Depositions

Good afternoon,

I'm requesting the depositions of Colton Fultz and Jessica Fultz.  Please let me know if you have any availability the weeks of June 16 or 23.


Thank you,


Will


**Will Aldrete**

Associate Attorney

19 Briar Hollow Lane, Suite 110

Houston TX 77027

waldrete@pennellfirm.com

Main: 713-965-7568

Fax: 713-583-9455

www.pennellfirm.com


This message is being sent by or on behalf of a federally insured commercial bank and it is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged and/or confidential or otherwise legally exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for the delivery of it to the intended recipient, you are hereby notified that you are not authorized to read, print, or retain this communication, and that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply email and delete all copies of this message from your computer system. Thank you in advance for your cooperation.


PENNELL LAW FIRM PLLC

--