## Form W-2 Wage and Tax Statement 2021 (Copy C, for employee's records)

| Field | Value |
|---|---|
| d Control number | 0068-17155156 0000000001 - |
| b Employer identification number (EIN) | [redacted] |
| a Employee's social security number | [redacted] |
| c Employer's name, address, and ZIP code | SHIELD INDUSTRIAL COATING LLC, 25702 ALDINE WESTFIELD RD SUIT, SPRING TX 77373 |
| e Employee's name, address, and ZIP code | COLTON FULTZ |
| 1 Wages, tips, other compensation | 76153.88 |
| 2 Federal income tax withheld | 7562.94 |
| 3 Social security wages | 76153.88 |
| 4 Social security tax withheld | 4721.54 |
| 5 Medicare wages and tips | 76153.88 |
| 6 Medicare tax withheld | 1104.23 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

---

## Form W-2 Wage and Tax Statement 2021 (Copy B, to be filed with employee's FEDERAL tax return)

| Field | Value |
|---|---|
| d Control number | 0068-17155156 0000000001 - |
| b Employer identification number (EIN) | [redacted] |
| a Employee's social security number | [redacted] |
| c Employer's name, address, and ZIP code | SHIELD INDUSTRIAL COATING LLC, 25702 ALDINE WESTFIELD RD SUIT, SPRING TX 77373 |
| e Employee's name, address, and ZIP code | COLTON FULTZ |
| 1 Wages, tips, other compensation | 76153.88 |
| 2 Federal income tax withheld | 7562.94 |
| 3 Social security wages | 76153.88 |
| 4 Social security tax withheld | 4721.54 |
| 5 Medicare wages and tips | 76153.88 |
| 6 Medicare tax withheld | 1104.23 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

---

## Form W-2 Wage and Tax Statement 2021 (Void X)

[Blank form - no values entered]

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

---

## Form W-2 Wage and Tax Statement 2021 (Void X)

[Blank form - partially visible at bottom of page, no values entered]

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008