**4:24-CV-01753-AHB Defendants EXHIBIT B _____**

## Form W-2 Wage and Tax Statement 2022

Copy C, for employee's records

| c Employer's name, address, and ZIP code | d Control number | Void | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| SHIELD INDUSTRIAL COATING LLC 25702 ALDINE WESTFIELD RD SUIT SPRING TX 77373 | 0068-17155156 0000000001 - | | | |
| | b Employer identification number (EIN) | a Employee's social security number | 1 Wages, tips, other compensation 69230.80 | 2 Federal income tax withheld 5822.45 |
| | 13 Statutory employee   Retirement plan   Third-party sick pay | | 3 Social security wages 69230.80 | 4 Social security tax withheld 4292.31 |
| e Employee's name, address, and ZIP code | 12 See instructions for box 12 | 14 Other | 5 Medicare wages and tips 69230.80 | 6 Medicare tax withheld 1003.85 |
| COLTON FULTZ | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2022

Copy B, to be filed with employee's FEDERAL tax return

| c Employer's name, address, and ZIP code | d Control number | Void | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| SHIELD INDUSTRIAL COATING LLC 25702 ALDINE WESTFIELD RD SUIT SPRING TX 77373 | 0068-17155156 0000000001 - | | | |
| | b Employer identification number (EIN) | a Employee's social security number | 1 Wages, tips, other compensation 69230.80 | 2 Federal income tax withheld 5822.45 |
| | 13 Statutory employee   Retirement plan   Third-party sick pay | | 3 Social security wages 69230.80 | 4 Social security tax withheld 4292.31 |
| e Employee's name, address, and ZIP code | 12 See instructions for box 12 | 14 Other | 5 Medicare wages and tips 69230.80 | 6 Medicare tax withheld 1003.85 |
| COLTON FULTZ | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2022

| c Employer's name, address, and ZIP code | d Control number | Void X | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| | b Employer identification number (EIN) | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | 13 Statutory employee   Retirement plan   Third-party sick pay | | 3 Social security wages | 4 Social security tax withheld |
| e Employee's name, address, and ZIP code | 12 See instructions for box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2022

| c Employer's name, address, and ZIP code | d Control number | Void X | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|
| | b Employer identification number (EIN) | a Employee's social security number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | 13 Statutory employee   Retirement plan   Third-party sick pay | | 3 Social security wages | 4 Social security tax withheld |
| e Employee's name, address, and ZIP code | 12 See instructions for box 12 | 14 Other | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social Security Tips | 8 Allocated Tips |
| | | | 10 Dependent care benefits | 11 Nonqualified plans |
| 15 State   Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |

**SLP - 000023**

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.