4:24-CV-01753-AHB
Defendants
EXHIBIT
C

7:48

18    2 People

has better margins than us. But I'd rather make some money of multiple truckload guys than no money and not gain the business. Maybe I'm missing something?

Mike Witt

That's on top of a 30% equity. We can explain it to you.. it's to help motivate better pricing now while the markets hot.. If it can't be achieved then you don't get it but it motivates trying.

Quite honestly no business starts doing shareholder distributions to anyone this early on.  It helps build working capital and lines of credit while your growing so distributions are a ways down the road.

All of us will be on salaries before their would be any distributions.

Seems pretty exciting to me.

I agree, Thats not exactly what I meant by splitting it immediately after the 100k initial plus 100k is

Text Message

SLP - 000036

7:47

18    MW U

2 People >

Uncle Kraig!

The ownership model will look like this.
30% immediate ownership burned in equallly over 3 yrs period.
No distributions for anyone until
1. company has a certain liquidity. TBD but usually 3 -6 months nonproduct overhead.
2. Everyone recievs equitable salary.
3 original capital paid back. (Mike I forgot that number)
Colt
Because you have the experience and are selling more than the team. This is also not our core business. You should receive an opportunity to have more immediate income. Your success in selling and maintaining pricing(the best way you can) will build cash for you and the company.  Hence getting the company quickly to a position of strength for distributions.
I am working on finalizing this today with all comments and thoughts.

Text Message