

4:24-CV-01753-AHB
Defendants
EXHIBIT
F
_____



**Uncle Kraig!**

> making a list of everything so once I get done with the warehouse I'll be focusing on getting you all that info.

Wed, Aug 30 at 5:13 PM

> Give me a call

Wed, Oct 4 at 9:21 PM

> Hey man. Can you give me an update on the outstanding payment for Juan Garza? He had gotten financing for a machine but went with a cheaper one and when I wrote him a check for the refund a couple months back the account had been frozen. He still hasn't been paid back and he's wanting to sell his machine. Just trying to find a solution.

Wed, Dec 20 at 7:24 AM

> I sent you all the documents th close the sale of the company. Please review. I lets get on a to discuss. Would like to finalize a closing date. Give me a call if you have questions.

SLP - 000015