# Share request for "Shield Coatings x Ten Peaks Media" [Inbox]

**Mike Witt (via Google Docs)** <drive-shares-dm-noreply@google.com>
to me

Wed, May 3, 2023, 11:12 PM

## Share a document?

Mike Witt (mike.witt@landstarmail.com) is **requesting access** to the following document:

📄 Shield Coatings x Ten Peaks Media

[Open sharing settings]

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because mike.witt@landstarmail.com requested access to a document in Google Docs.

One attachment • Scanned by Gmail

4:24-CV-01753-AHB
Defendants
EXHIBIT
___G___





- **CONTENT**
  - We are a premium quality supplier of USA made polyurea and industrial equipment. We provide high level training, setup and 24/7 technical support with a certified technician.
  - Applications:
    - Automotive
      - Spray-On Bedliners
      - Undercoating
      - Interior/Exterior Coating
      - Sound deadening
      - Abrasion and impact resistant
      - Rust prevention
    - Industrial
      - Heavy Equipment Protection
      - Commercial & Industrial Flooring
      - Skid and slip resistant
      - Waterproofing
      - Amusement Parks
    - Construction
      - Roofing
      - Residential flooring
      - Foundation protection & repair
      - Wood protection
      - Basements
      - Waterproofing
      - Concrete Reconditioning
      - Pools
      - Concrete jacking
      - Spray Foam insulation
    - Oil & Gas
      - Secondary Containments
      - Pipelines
      - Skid resistant walkways/catwalks
      - Holding tank protection
      - Chemical resistance
      - Thermal retention
      - Corrosion prevention
    - Infrastructure
      - Storm drain repair
      - Manholes
      - Bridge reinforcement
      - Corrosion prevention
      - Water-tight membrane
      - Water filtration systems
    - Trailers
      - Wood deck repair
      - Moisture-locking for rot prevention
      - Abrasion and impact resistant
      - Sound deadening
    - Marine
      - Hull repair and protection

**SLP_000074**