## Form W-2 Wage and Tax Statement 2021 — Copy C, for employee's records

- **d Control number:** 0068-17155156 / 0000000001 -
- **c Employer's name, address, and ZIP code:** SHIELD INDUSTRIAL COATING LLC, 25702 ALDINE WESTFIELD RD SUIT, SPRING TX 77373
- **e Employee's name, address, and ZIP code:** COLTON FULTZ
- **1 Wages, tips, other compensation:** 76153.88
- **2 Federal income tax withheld:** 7562.94
- **3 Social security wages:** 76153.88
- **4 Social security tax withheld:** 4721.54
- **5 Medicare wages and tips:** 76153.88
- **6 Medicare tax withheld:** 1104.23

## Form W-2 Wage and Tax Statement 2021 — Copy B, to be filed with employee's FEDERAL tax return

- **d Control number:** 0068-17155156 / 0000000001 -
- **c Employer's name, address, and ZIP code:** SHIELD INDUSTRIAL COATING LLC, 25702 ALDINE WESTFIELD RD SUIT, SPRING TX 77373
- **e Employee's name, address, and ZIP code:** COLTON FULTZ
- **1 Wages, tips, other compensation:** 76153.88
- **2 Federal income tax withheld:** 7562.94
- **3 Social security wages:** 76153.88
- **4 Social security tax withheld:** 4721.54
- **5 Medicare wages and tips:** 76153.88
- **6 Medicare tax withheld:** 1104.23

## Form W-2 Wage and Tax Statement 2021

Void: X

(blank form)

## Form W-2 Wage and Tax Statement 2021

Void: X

(blank form)