4:24-CV-01753-AHB
Defendants
EXHIBIT
B

## Form W-2 Wage and Tax Statement 2022

Copy C, for employee's records

| Field | Value |
|---|---|
| c Employer's name, address, and ZIP code | SHIELD INDUSTRIAL COATING LLC<br>25702 ALDINE WESTFIELD RD SUIT<br>SPRING TX 77373 |
| d Control number | 0068-17155156 / 0000000001 - |
| 1 Wages, tips, other compensation | 69230.80 |
| 2 Federal income tax withheld | 5822.45 |
| 3 Social security wages | 69230.80 |
| 4 Social security tax withheld | 4292.31 |
| 5 Medicare wages and tips | 69230.80 |
| 6 Medicare tax withheld | 1003.85 |
| e Employee's name, address, and ZIP code | COLTON FULTZ |

## Form W-2 Wage and Tax Statement 2022

Copy B, to be filed with employee's FEDERAL tax return

| Field | Value |
|---|---|
| c Employer's name, address, and ZIP code | SHIELD INDUSTRIAL COATING LLC<br>25702 ALDINE WESTFIELD RD SUIT<br>SPRING TX 77373 |
| d Control number | 0068-17155156 / 0000000001 - |
| 1 Wages, tips, other compensation | 69230.80 |
| 2 Federal income tax withheld | 5822.45 |
| 3 Social security wages | 69230.80 |
| 4 Social security tax withheld | 4292.31 |
| 5 Medicare wages and tips | 69230.80 |
| 6 Medicare tax withheld | 1003.85 |
| e Employee's name, address, and ZIP code | COLTON FULTZ |

## Form W-2 Wage and Tax Statement 2022

(Void: X — blank form)

## Form W-2 Wage and Tax Statement 2022

(Void: X — blank form)

SLP - 000023