4:24-CV-01753-AHB
Defendants
EXHIBIT
____D____



**Mike**

of materials

It also would give the company and insane paydex score. Making securing a line of credit or terms with anyone much easier.

I'm a little confused. I thought I'm 30% owner? Why would I be on commission base? I don't want anything more than what I got now because I knew from the start I'd be doing most of the work because I'm on a salary and I'm good with that but at a certain point I thought we'd split the profits 3 ways once our investment is paid back 100k over initial. if I could afford to take less than what I'm getting to pay it back faster, I would. Not that I don't want an incentive to sell and make more money but there is going to be high volume guys that we will have to be less that 1000 margins to gain their business because they're getting it cheaper already from a high volume purchaser like marvel or hell Chemline themselves who

SLP - 000039



SLP - 000040