

<200b>

<200b>