

4:24-CV-01753-AHB
Defendants
EXHIBIT
F
_____

**Uncle Kraig!**

Mon, Jul 31 at 11:22 AM

Colt,

Need a list of Equipment. Hopefully with Serial #s. Then any puchases and invoices not in the system.

I would like to get a final balance shhet. I can then move forward with selling you the whole company.

Thanks
Kraig

Yes sir! I am working on it and will have it all soon.
I've got all the rest of the trash and stuff out of the shop last night and finishing up today by filling some and paint over them. As I've been unboxing, I'm making a list of everything so once I get done with the warehouse I'll be focusing on getting you all that info.

Wed, Aug 30 at 5:13 PM

SLP - 000014

**Uncle Kraig!**

> making a list of everything so once I get done with the warehouse I'll be focusing on getting you all that info.

*Wed, Aug 30 at 5:13 PM*

> Give me a call

*Wed, Oct 4 at 9:21 PM*

> Hey man. Can you give me an update on the outstanding payment for Juan Garza? He had gotten financing for a machine but went with a cheaper one and when I wrote him a check for the refund a couple months back the account had been frozen. He still hasn't been paid back and he's wanting to sell his machine. Just trying to find a solution.

*Wed, Dec 20 at 7:24 AM*

> I sent you all the documents th close the sale of the company. Please review. I lets get on a to discuss. Would like to finalize a closing date. Give me a call if you have questions.

SLP - 000015