IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SHIELD INDUSTRIAL COATINGS, LLC,** §<br>§<br>*Plaintiff/Counter-Defendant*, §<br>§<br>V. §<br>§<br>**SHIELD LINERS, LLC, COLTON W. FULTZ, and JESSICA FULTZ,** §<br>*Defendants/Counter-Plaintiffs/Cross-Plaintiffs*, §<br>§<br>V. §<br>§<br>**MICHAEL WITT and KRAIG KILLOUGH,** §<br>*Third-Party Defendants/Cross-Defendants*. §<br>§ | **CIVIL CASE NO. 4:24-CV-01753-AHB**<br><br>**(JURY DEMANDED)** |

**ORDER DENYING (D.I. 40)
SHIELD INDUSTRIAL COATINGS, LLC'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiff/Counter-Defendant, Shield Industrial Coatings, LLC's ("**Plaintiff**"), Motion for Summary Judgment (D.I. 40; the "**Motion**"), Defendants/Counter-Plaintiffs, Shield Liners, LLC, Colton W. Fultz, and Jessica Fultz's (collectively, "**Defendants**"), Response to said Motion ("**Response**"), and after considering all other arguments and evidence of counsel, if any, the Court finds that Plaintiff's Motion should be **DENIED**. It is therefore

**ORDERED, ADJUDGED, and DECREED** that Plaintiff's Motion to for Summary Judgment is hereby **DENIED**.

It is so **ORDERED**.

DATED: _____  _____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE