4:24-CV-01753-AHB
Defendants
EXHIBIT
1-A

From: **John Dessalet** <jd@justwynnelaw.com>
Date: Wed, Apr 23, 2025 at 8:33 AM
Subject: RE: Shield Industrial Coatings v. Shield Liners- Defendants' Depositions
To: Melisa Olsen <melisa@mousillilaw.com>
Cc: Lema Mousilli <lema@mousillilaw.com>, Bob Wynne <bob@justwynnelaw.com>


Thank you for your courtesy.



John Dessalet

Paralegal

The Wynne Firm, P.C.

(c) 713.817.5861


---

**From:** Melisa Olsen <melisa@mousililaw.com>
**Sent:** Wednesday, April 23, 2025 8:32 AM
**To:** John Dessalet <jd@justwynnelaw.com>
**Cc:** Lema Mousilli <lema@mousillilaw.com>; Bob Wynne <bob@justwynnelaw.com>
**Subject:** Re: Shield Industrial Coatings v. Shield Liners- Defendants' Depositions

Good morning,

We will grant the 2 week extension. The new due date is **May 7, 2025**.

This email will suffice as the Rule 11.

Thank you,

--

**Melisa Olsen | Litigation Paralegal**

Mousilli Law - Attorneys & Counselors at Law

melisa@mousillilaw.com

www.mousillilaw.com

On Wed, Apr 23, 2025 at 8:24 AM John Dessalet <jd@justwynnelaw.com> wrote:

Good morning, Lema.

Bob asked me to reach out about the discovery that is due today.

Specifically, he is asking for a 2 week extension to respond making the new due date May 7, 2025.

Please let us know if you agree.

Your response to this email is sufficient as a Rule 11 for our side if it is for yours.

Thank you.

John Dessalet

Paralegal

The Wynne Firm, P.C.

(c) 713.817.5861

---

**From:** Lema Mousilli <lema@mousillilaw.com>
**Sent:** Tuesday, April 8, 2025 1:57 PM
**To:** Bob Wynne <bob@justwynnelaw.com>
**Cc:** John Dessalet <jd@justwynnelaw.com>; Melisa Olsen <melisa@mousillilaw.com>
**Subject:** Re: Shield Industrial Coatings v. Shield Liners- Defendants' Depositions


I'm sorry to hear that, Bob. I hope he gets well soon.




Thank you,

**Lema Mousilli, JD/MBA |** Principal Attorney

Mousilli Law - Attorneys & Counselors at Law

www.mousillilaw.com



On Tue, Apr 8, 2025 at 1:23 PM Bob Wynne <bob@justwynnelaw.com> wrote:

My father is in poor health.  I am planning to travel to Louisiana see him.

---

**From:** Lema Mousilli <lema@mousillilaw.com>
**Sent:** Tuesday, April 8, 2025 1:16 PM
**To:** John Dessalet <jd@justwynnelaw.com>

**Cc:** Bob Wynne <bob@justwynnelaw.com>; Melisa Olsen <melisa@mousillilaw.com>
**Subject:** Re: Shield Industrial Coatings v. Shield Liners- Defendants' Depositions

John,

Why are you all canceling the depositions?

Thank you,

**Lema Mousilli, JD/MBA |** Principal Attorney

Mousilli Law - Attorneys & Counselors at Law

www.mousillilaw.com

On Tue, Apr 8, 2025 at 1:08 PM John Dessalet <jd@justwynnelaw.com> wrote:

Good afternoon, Lema.

We need to move the depositions noticed for this Friday.

Can you please provide some alternate dates of availability for the next few weeks?

Thank you.

John Dessalet

Paralegal

The Wynne Firm, P.C.

(c) 713.817.5861

---

**From:** Lema Mousilli <lema@mousillilaw.com>
**Sent:** Thursday, April 3, 2025 1:33 PM
**To:** John Dessalet <jd@justwynnelaw.com>
**Cc:** Bob Wynne <bob@justwynnelaw.com>; Melisa Olsen <melisa@mousillilaw.com>
**Subject:** Re: Shield Industrial Coatings v. Shield Liners- Defendants' Depositions

Sorry, John, we aren't available April 18.

Thank you,

**Lema Mousilli, JD/MBA |** Principal Attorney

Mousilli Law - Attorneys & Counselors at Law

www.mousillilaw.com

On Thu, Apr 3, 2025 at 1:04 PM John Dessalet <jd@justwynnelaw.com> wrote:

Good afternoon, Lema.

Can we move the individual depositions to the following Friday, April 18.

Please let me know and I will send amended notices.

Thank you.

John Dessalet

Paralegal

The Wynne Firm, P.C.

(c) 713.817.5861

---

**From:** John Dessalet
**Sent:** Tuesday, April 1, 2025 1:21 PM
**To:** Bob Wynne <bob@justwynnelaw.com>; Lema Mousilli <lema@mousillilaw.com>
**Cc:** Melisa Olsen <melisa@mousillilaw.com>
**Subject:** RE: Shield Industrial Coatings v. Shield Liners- Defendants' Depositions

Good afternoon, Lema.

Attached are the deposition notices for Jessica and Colton.

The notice to Shield Liners will follow shortly.

Thank you.

John Dessalet

Paralegal

The Wynne Firm, P.C.

(c) 713.817.5861

---

**From:** Bob Wynne <bob@justwynnelaw.com>
**Sent:** Monday, March 31, 2025 10:43 AM

**To:** Lema Mousilli <lema@mousillilaw.com>; John Dessalet <jd@justwynnelaw.com>
**Subject:** Re: Shield Industrial Coatings v. Shield Liners- Defendants' Depositions

Hey Lema, I will send you a list of proposed topics for the corporate rep depo.  Thank you, Bob

Get Outlook for iOS

---

**From:** Lema Mousilli <lema@mousillilaw.com>
**Sent:** Thursday, March 27, 2025 2:09 PM
**To:** John Dessalet <jd@justwynnelaw.com>
**Cc:** Bob Wynne <bob@justwynnelaw.com>
**Subject:** Re: Shield Industrial Coatings v. Shield Liners- Defendants' Depositions

Good afternoon, John,

I don't have accommodations for the deposition, so you can notice it at your office or a court reporter's office.

We don't agree to the corporate rep depo just yet as I have not received a list of topics.

Thank you,

**Lema Mousilli, JD/MBA |** Principal Attorney

Mousilli Law - Attorneys & Counselors at Law

www.mousillilaw.com

On Thu, Mar 27, 2025 at 12:02 PM John Dessalet <jd@justwynnelaw.com> wrote:

Good morning, Lema.

We will notice Jessica and Colton for 4/11 10:00 a.m. and 2 p.m. and then Shield Liners for 4/18 10:00 a.m. all at y'all's office.

Do I have the correct address below?

11870 Westheimer Road, Suite 550, Houston, Texas 77077

Thank you.

John Dessalet

Paralegal

The Wynne Firm, P.C.

(c) 713.817.5861

**From:** Lema Mousilli <lema@mousillilaw.com>
**Sent:** Monday, March 24, 2025 4:56 PM
**To:** John Dessalet <jd@justwynnelaw.com>
**Cc:** Bob Wynne <bob@justwynnelaw.com>
**Subject:** Re: Shield Industrial Coatings v. Shield Liners- Defendants' Depositions

Good afternoon, John and Bob,

My clients are available April 11, 14, 17, and 18.

Thank you,

**Lema Mousilli, JD/MBA** | Principal Attorney

Mousilli Law - Attorneys & Counselors at Law

[www.mousillilaw.com](www.mousillilaw.com)

On Wed, Mar 19, 2025 at 10:45 AM John Dessalet <[jd@justwynnelaw.com](mailto:jd@justwynnelaw.com)> wrote:

Good morning, Lema.

Bob is no longer available on April 10.

Can we notice the Defendants' depositions for April 7 and April 8 at your office?

Please let me know.

Thank you.

John Dessalet

Paralegal

The Wynne Firm, P.C.

(c) 713.817.5861

**From:** John Dessalet
**Sent:** Tuesday, March 11, 2025 9:06 AM
**To:** Lema Mousilli <[lema@mousillilaw.com](mailto:lema@mousillilaw.com)>; Bob Wynne <[bob@justwynnelaw.com](mailto:bob@justwynnelaw.com)>
**Subject:** RE: Shield Industrial Coatings v. Shield Liners- Extension on Discovery Responses

Good morning, Lema.

Following up on the email below about deposition dates, can we notice them for April 7, 8, or 10?

Thank you.

John Dessalet

Paralegal

The Wynne Firm, P.C.

(c) 713.817.5861

**From:** John Dessalet <jd@justwynnelaw.com>
**Sent:** Friday, February 7, 2025 1:19 PM
**To:** Lema Mousilli <lema@mousillilaw.com>; Bob Wynne <bob@justwynnelaw.com>
**Subject:** Re: Shield Industrial Coatings v. Shield Liners- Extension on Discovery Responses

Hey Lema.

I talked to Bob and he is fine with the extension.

He asked if y'all can line up depositions of the Defendants for mid to late March.

Please let me know.

Thank you.

John Dessalet

Paralegal

The Wynne Firm, P.C.

713.817.5861

---

**From:** Lema Mousilli <lema@mousillilaw.com>
**Sent:** Friday, February 7, 2025 2:38:44 PM
**To:** Bob Wynne <bob@justwynnelaw.com>; John Dessalet <jd@justwynnelaw.com>
**Subject:** Shield Industrial Coatings v. Shield Liners- Extension on Discovery Responses

Good afternoon, Bob and John,

Earlier today I called and spoke to John about getting a 2 week extension on our discovery requests. He agreed.

Can you please confirm in writing your agreement?

Thank you,

**Lema Mousilli, JD/MBA |** Principal Attorney

Mousilli Law - Attorneys & Counselors at Law

www.mousillilaw.com