4:24-CV-01753-AHB
Defendants
EXHIBIT
1-C

From: **Will Aldrete** <waldrete@pennellfirm.com>
Date: Thu, Jul 17, 2025 at 3:51 PM
Subject: RE: 4:24-cv-01753; Shield Industrial Coatings, LLC v. Shield Liners, LLC, Colton W. Fultz, and Jessica Fultz v. Michael Witt and Kraig Killough - Discovery Deficiency Letter
To: Kevin Pennell <kevin@pennellfirm.com>, Lema Mousilli <lema@mousililaw.com>, Melisa Olsen <melisa@mousililaw.com>
Cc: Nesrine Bennis <nbennis@pennellfirm.com>, Shea Palavan <shea@mousililaw.com>, Mari Cruz Lumbreras <mari@mousililaw.com>


Good afternoon,


We stand by the objections.  The medical records have no bearing on any of the claims of defenses and don't go to any of the elements.


With regards to the confidentiality objections, those are part of other objections to improperly broad requests.  We did provide responsive information that is enough to satisfy our burden.  If there is anything in particular that you are seeking, please let me know.


I'd also like to request the supplementation of your discovery. We requested copies of payments received from customers from January 1, 2023 to the present.  The response references documents

labeled 77-157.  There are significant discrepancies between the income reported and the proof of payments provided.  It looks like your client uses accounting software based on the production of the P&L statement.  There should be records tracking payments in the system if they are not otherwise available.  Please supplement the production to include evidence of payments received. This is in reference to RFP 36.

Please advise if you are opposed to a motion to compel your clients' depositions.

Thanks you,

Will

**Will Aldrete**

Associate Attorney

19 Briar Hollow Lane, Suite 110

Houston TX 77027

waldrete@pennellfirm.com

Main: 713-965-7568

Fax: 713-583-9455

www.pennellfirm.com

This message is being sent by or on behalf of a federally insured commercial bank and it is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged and/or confidential or otherwise legally exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for the delivery of it to the intended recipient, you are hereby notified that you are not authorized to read, print, or retain this communication, and that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply email and delete all copies of this message from your computer system. Thank you in advance for your cooperation.



--

**From:** Kevin Pennell <kevin@pennellfirm.com>
**Sent:** Monday, July 14, 2025 5:01 PM
**To:** Lema Mousilli <lema@mousillilaw.com>; Melisa Olsen <melisa@mousillilaw.com>; Will Aldrete <waldrete@pennellfirm.com>
**Cc:** Nesrine Bennis <nbennis@pennellfirm.com>; Shea Palavan <shea@mousillilaw.com>; Mari Cruz Lumbreras <mari@mousillilaw.com>
**Subject:** RE: 4:24-cv-01753; Shield Industrial Coatings, LLC v. Shield Liners, LLC, Colton W. Fultz, and Jessica Fultz v. Michael Witt and Kraig Killough - Discovery Deficiency Letter

Adding Will.

**Kevin Pennell**

**Pennell Law Firm PLLC**

19 Briar Hollow Ln ste 110

Houston TX 77027

713-965-7568

kevin@pennellfirm.com

**From:** Lema Mousilli <lema@mousillilaw.com>
**Sent:** Monday, July 14, 2025 4:44 PM
**To:** Melisa Olsen <melisa@mousillilaw.com>
**Cc:** Kevin Pennell <kevin@pennellfirm.com>; Nesrine Bennis <nbennis@pennellfirm.com>; Shea Palavan

<[shea@mousillilaw.com](mailto:shea@mousillilaw.com)>; Mari Cruz Lumbreras <[mari@mousillilaw.com](mailto:mari@mousillilaw.com)>
**Subject:** Re: 4:24-cv-01753; Shield Industrial Coatings, LLC v. Shield Liners, LLC, Colton W. Fultz, and Jessica Fultz v. Michael Witt and Kraig Killough - Discovery Deficiency Letter

Counsel,

We have not heard back regarding our June 23, 2025 correspondence. Please advise.

Thank you,

**Lema Mousilli, JD/MBA |** Principal Attorney

Mousilli Law - Attorneys & Counselors at Law

[www.mousillilaw.com](http://www.mousillilaw.com)

On Mon, Jun 23, 2025 at 9:52 PM Melisa Olsen <[melisa@mousillilaw.com](mailto:melisa@mousillilaw.com)> wrote:

Good evening,

Please see the attached correspondence regarding the deficiencies to your clients' discovery responses in the referenced matter.

We look forward to hearing from you soon.

Thank you,

**Melisa Olsen | Litigation Paralegal**

Mousilli Law - Attorneys & Counselors at Law

melisa@mousillilaw.com

www.mousillilaw.com