## Form W-2 Wage and Tax Statement 2021

Copy C, for employee's records

| Box | Field | Value |
|---|---|---|
| d | Control number | 0068-17155156 / 0000000001- |
| c | Employer's name, address, and ZIP code | SHIELD INDUSTRIAL COATING LLC, 25702 ALDINE WESTFIELD RD SUIT, SPRING TX 77373 |
| e | Employee's name | COLTON FULTZ |
| 1 | Wages, tips, other compensation | 76153.88 |
| 2 | Federal income tax withheld | 7562.94 |
| 3 | Social security wages | 76153.88 |
| 4 | Social security tax withheld | 4721.54 |
| 5 | Medicare wages and tips | 76153.88 |
| 6 | Medicare tax withheld | 1104.23 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement 2021

Copy B, to be filed with employee's FEDERAL tax return

| Box | Field | Value |
|---|---|---|
| d | Control number | 0068-17155156 / 0000000001- |
| c | Employer's name, address, and ZIP code | SHIELD INDUSTRIAL COATING LLC, 25702 ALDINE WESTFIELD RD SUIT, SPRING TX 77373 |
| e | Employee's name | COLTON FULTZ |
| 1 | Wages, tips, other compensation | 76153.88 |
| 2 | Federal income tax withheld | 7562.94 |
| 3 | Social security wages | 76153.88 |
| 4 | Social security tax withheld | 4721.54 |
| 5 | Medicare wages and tips | 76153.88 |
| 6 | Medicare tax withheld | 1104.23 |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement 2021

Void: X

(Blank form — no data entered)

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement 2021

Void: X

(Blank form — no data entered)

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008