**4:24-CV-01753-AHB**
**Defendants**
**EXHIBIT**
**B**
**_____**

## Form W-2 Wage and Tax Statement 2022

Copy C, for employee's records

| c Employer's name, address, and ZIP code | d Control number | Void | Department of the Treasury – Internal Revenue Service |
|---|---|---|---|
| SHIELD INDUSTRIAL COATING LLC<br>25702 ALDINE WESTFIELD RD SUIT<br>SPRING TX 77373 | 0068-17155156<br>0000000001 - | | OMB No. 1545-0008 |

| b Employer identification number (EIN) | a Employee's social security number |
|---|---|

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 69230.80 | 5822.45 |
| 3 Social security wages | 4 Social security tax withheld |
| 69230.80 | 4292.31 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 69230.80 | 1003.85 |

| e Employee's name, address, and ZIP code |
|---|
| COLTON FULTZ |

13 Statutory employee / Retirement plan / Third-party sick pay
12 See instructions for box 12
14 Other
7 Social Security Tips | 8 Allocated Tips
10 Dependent care benefits | 11 Nonqualified plans

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2022

Copy B, to be filed with employee's FEDERAL tax return

| c Employer's name, address, and ZIP code | d Control number | Void | Department of the Treasury – Internal Revenue Service |
|---|---|---|---|
| SHIELD INDUSTRIAL COATING LLC<br>25702 ALDINE WESTFIELD RD SUIT<br>SPRING TX 77373 | 0068-17155156<br>0000000001 - | | OMB No. 1545-0008 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 69230.80 | 5822.45 |
| 3 Social security wages | 4 Social security tax withheld |
| 69230.80 | 4292.31 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 69230.80 | 1003.85 |

Employee: COLTON FULTZ

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2022

[Blank form — Void checked — OMB No. 1545-0008]

## Form W-2 Wage and Tax Statement 2022

[Blank form — Void checked — OMB No. 1545-0008]

SLP - 000023