Case 4:24-cv-01753   Document 44-10   Filed on 08/29/25 in TXSD   Page 1 of 2



