





| TEN PEAKS MEDIA

- **CONTENT**
  - We are a premium quality supplier of USA made polyurea and industrial equipment. We provide high level training, setup and 24/7 technical support with a certified technician.
  - Applications:
    - Automotive
      - Spray-On Bedliners
      - Undercoating
      - Interior/Exterior Coating
      - Sound deadening
      - Abrasion and impact resistant
      - Rust prevention
    - Industrial
      - Heavy Equipment Protection
      - Commercial & Industrial Flooring
      - Skid and slip resistant
      - Waterproofing
      - Amusement Parks
    - Construction
      - Roofing
      - Residential flooring
      - Foundation protection & repair
      - Wood protection
      - Basements
      - Waterproofing
      - Concrete Reconditioning
      - Pools
      - Concrete jacking
      - Spray Foam insulation

- Oil & Gas
  - Secondary Containments
  - Pipelines
  - Skid resistant walkways/catwalks
  - Holding tank protection
  - Chemical resistance
  - Thermal retention
  - Corrosion prevention
- Infrastructure
  - Storm drain repair
  - Manholes
  - Bridge reinforcement
  - Corrosion prevention
  - Water-tight membrane
  - Water filtration systems
- Trailers
  - Wood deck repair
  - Moisture-locking for rot prevention
  - Abrasion and impact resistant
  - Sound deadening
- Marine
  - Hull repair and protection

**SLP_000074**