IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SHIELD INDUSTRIAL COATINGS, LLC,** *Plaintiff/Counter-Defendant*, | § § § § | |
| V. | § § | |
| **SHIELD LINERS, LLC, COLTON W. FULTZ, and JESSICA FULTZ,** *Defendants/Counter-Plaintiffs/Cross-Plaintiffs*, | § § § § § § | CIVIL CASE NO. 4:24-CV-01753-AHB  (JURY DEMANDED) |
| V. | § § | |
| **MICHAEL WITT and KRAIG KILLOUGH,** *Third-Party Defendants/Cross-Defendants*. | § § § § § | |

**ORDER DENYING (D.I. 41)
SHIELD INDUSTRIAL COATINGS, LLC'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiff/Counter-Defendant, Shield Industrial Coatings, LLC's ("**Plaintiff**"), Motion for Summary Judgment (D.I. 41; the "**Motion**"), Defendants/Counter-Plaintiffs, Shield Liners, LLC, Colton W. Fultz, and Jessica Fultz's (collectively, "**Defendants**"), Response to said Motion ("**Response**"), and after considering all other arguments and evidence of counsel, if any, the Court finds that Plaintiff's Motion should be **DENIED**. It is therefore

**ORDERED, ADJUDGED, and DECREED** that Plaintiff's Motion to for Summary Judgment is hereby **DENIED**.

It is so **ORDERED**.

DATED: _____ _____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE