MICHAEL LANDRUM

P.O. Box 19422
Houston, Texas 770224-9422
(713) 961-5100
MIKELLANDRUM@GMAIL.COM

October 10, 2025

Hon. Alfred H. Bennett
United States District Judge
United States District Court for the Southern District of Texas, Houston Division
515 Rusk Ave
Houston TX 77002

    Re: Case no. 4:24-cv-01753, *Shield Industrial Coatings, LLC v. Shield Liners, LLC et al.*, in the United States District Court for the Southern District of Texas, Houston Division (the "Shield Case")

Dear Judge Bennett:

    I write at the parties' joint request regarding a scheduling conflict between the above referenced "Shield Case" and another matter in which I have been appointed as arbitrator. A scheduling conflict has arisen in that the "Shield Case" and our arbitration in *Global Disaster Recovery, Inc. v. Crestmark Construction Services, LLC* are set for trial in the same weeks. Kevin Pennell represents a party in both cases.

    The Global Disaster Case was originally set for final hearing in January 2025. I had to reset that hearing to September 2025 because a party hired new counsel who filed a counterclaim just a few weeks before the final hearing in our case.

    I again reset the September 2025 hearing to November 17th after Pennell was assigned to trial in the 61st judicial district court of Harris County, Texas. Of course, I would never want to infringe on the docket of the 61st, just as I hesitate to seek your indulgence here.

    I understand from Pennell that he proposed the November 17th final hearing date in the Global Disaster Case out of respect for Crestmark's request for an earlier hearing date and with the understanding that his associate, Will Aldrete, would be responsible for trying the Shield Case. I further understand that Pennell's associate recently resigned, resulting in the present scheduling conflict.

    The parties estimate three days for the hearing in my arbitration, but I have blocked out the whole week of November 17. Both sides have been diligently working to prepare the case for final hearing.

Hon. Alfred H. Bennett
October 10, 2025
Page two

    The lawyers in my case have worked well together; however, it is understandable that Crestmark's counsel opposes any further continuance of the November 17th hearing date. The case has been pending since 2023, and I know the parties are anxious to get a final result.

    Please consider these circumstances in deciding the motion for continuance in the Shield Case pending before you. Please also know that there is no emergency involved in the Global / Crestmark case, so we can work with your decision, whatever it may be.

    I hope all's well with you and your family.

                                      Respectfully,

                                      Michael Landrum

cc:    Kevin Pennell                                         *Via email*
        Bob Holmes                                         *Via email*