UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC<br> *Plaintiff/Counter-Defendant,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:24-cv-01753 |
| SHIELD LINERS, LLC,<br>COLTON W. FULTZ, and JESSICA FULTZ,<br> *Defendants/Counter-Plaintiffs/Cross-*<br> *Plaintiffs* | § § § § § § | JURY DEMANDED |
| v. | § § | |
| MICHAEL WITT AND KRAIG KILLOUGH<br> *Third-Party Plaintiffs/Cross-*<br> *Defendants* | § § § § | |

## ORDER

The Court is of the opinion that Shield Industrial Coatings LLC's, Michael Witt's, and Kraig Killough's Motion for Continuance is not sought for delay and that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Scheduling Order [Doc 28] is HEREBY amended as follows:

6. _____ **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A.

7. _____ **TRIAL** is set at 9:00 a.m. in Courtroom 9A.
Case is subject to being called to trial on short notice during
The two week period beginning on this date.

_____    _____
Date                  The Honorable Alfred H. Bennett
                       United States District Judge