UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC<br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>SHIELD LINERS, LLC,<br>COLTON W. FULTZ, and JESSICA FULTZ,<br>*Defendants/Counter-Plaintiffs/Cross-Plaintiffs*<br><br>v.<br><br>MICHAEL WITT AND KRAIG KILLOUGH<br>*Third-Party Defendants/Cross-Defendants* | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:24-cv-01753<br><br><br>JURY DEMANDED |

**NOTICE OF FILING OF DECLARATIONS IN SUPPORT OF MOTION FOR CONTINUANCE**

Plaintiff/counterdefendant Shield Industrial Coatings LLC ("Shield") and third-party defendants Michael Witt ("Witt") and Kraig Killough ("Killough") (collectively, "Movants") filed a Motion for Continuance on October 10, 2025 [Doc 46]. Attached to this notice are the declarations of Michael Witt and Kraig Killough, parties and principals of Shield, consenting to the continuance sought.

Respectfully submitted,

 /s/ Kevin Pennell
Kevin Pennell
Texas Bar No. 24046607
Fed ID no. 583414
PENNELL LAW FIRM PLLC
19 Briar Hollow Lane, Suite 110
Houston, Texas 77027
Telephone: (713) 965-7568
Facsimile: (713) 583-9455
kevin@pennellfirm.com

ATTORNEY FOR PLAINTIFF AND THIRD-PARTY DEFENDANTS

1 | P a g e

2 | P a g e

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document has been e-served on all counsel entitled to same on this 16th day of October 2025.

                                    */s/ Kevin Pennell*