UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC <br> *Plaintiff/Counter-Defendant,* <br><br> v. <br><br> SHIELD LINERS, LLC, <br> COLTON W. FULTZ, and JESSICA FULTZ, <br> *Defendants/Counter-Plaintiffs/Cross-Plaintiffs* <br><br> v. <br><br> MICHAEL WITT AND KRAIG KILLOUGH <br> *Third-Party Defendants/Cross-Defendants* | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:24-cv-01753 <br><br> JURY DEMANDED |

## DECLARATION OF KRAIG KILLOUGH

I declare under penalty of perjury that I am aware of, and consent to, the motion my attorney is filing seeking a continuance of 120 days of the current trial setting of November 10, 2025.

Executed on the 13.00 day of October 2025 in  Montgomery  County, Texas.

*DocuSigned by:*
*Kraig Killough*
0A8FDE2249A94B0...
Kraig Killough