UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC | § | |
| *Plaintiff/Counter-Defendant,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-01753 |
| | § | |
| SHIELD LINERS, LLC, | § | |
| COLTON W. FULTZ, and JESSICA FULTZ, | § | JURY DEMANDED |
| *Defendants/Counter-Plaintiffs/Cross-Plaintiffs* | § | |
| | § | |
| v. | § | |
| | § | |
| MICHAEL WITT AND KRAIG KILLOUGH | § | |
| *Third-Party Defendants/Cross-Defendants* | § | |
| | § | |

## DECLARATION OF MICHAEL WITT

I declare under penalty of perjury that I am aware of, and consent to, the motion my attorney is filing seeking a continuance of 120 days of the current trial setting of November 10, 2025.

Executed on the 15 day of October 2025 in Harris _____ County, Texas.

DocuSigned by:

*Mike Witt*

F80AFA9FE21B4EB...

Michael Witt