**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SHIELD INDUSTRIAL COATINGS, LLC,**<br>*Plaintiff/Counter-Defendant,*<br><br>**V.**<br><br>**SHIELD LINERS, LLC, COLTON W. FULTZ, and JESSICA FULTZ,**<br>*Defendants/Counter-Plaintiffs/Cross-Plaintiffs,*<br><br>**V.**<br><br>**MICHAEL WITT and KRAIG KILLOUGH,**<br>*Third-Party Defendants/Cross-Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL CASE NO. 4:24-CV-01753-AHB**<br><br>**(JURY DEMANDED)** |

---

## [Draft] JOINT PRETRIAL ORDER

---

***This Court's Scheduling Order [Doc 28] requires plaintiff to file the joint pretrial order Oct 24th. The parties have been working on a joint pretrial order and have exchanged draft jury charges, but plaintiff does not have authority to sign this draft joint pretrial order which it circulated Oct 17th. Plaintiff does not mean to state or imply that any party or their counsel have been dilatory and is filing this draft only to show a good faith intent to comply with its obligations under the Scheduling Order. Plaintiff will file a joint pretrial order signed by all counsel as soon as reasonably practicable. Plaintiff's counsel is set for jury trial on Tuesday, Oct 28th in the 268th district court of Fort Bend County, Texas under cause no. 16-DCV-237545,*** **Patel v. Hoiden et al.** ***If not otherwise apparent from the cause no.,*** **Patel** ***is a nine-year-old case and plaintiff's counsel expects it to go to trial. If this happens, it will delay counsel's ability to confer.***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SHIELD INDUSTRIAL COATINGS, LLC,** *Plaintiff/Counter-Defendant,* | § | |
| **V.** | § | |
| **SHIELD LINERS, LLC, COLTON W. FULTZ, and JESSICA FULTZ,** *Defendants/Counter-Plaintiffs/Cross-Plaintiffs,* | § | **CIVIL CASE NO. 4:24-CV-01753-AHB** **(JURY DEMANDED)** |
| **V.** | § | |
| **MICHAEL WITT and KRAIG KILLOUGH,** *Third-Party Defendants/Cross-Defendants.* | § | |

**[Draft] JOINT PRETRIAL ORDER**

**COME NOW**, Plaintiff/Counter-Defendant, Shield Industrial Coating, LLC ("**Plaintiff**"), and Defendants/Counter-Plaintiffs, Shield Liners, LLC ("**Shield Liners**"), Colton W. Fultz ("**C.Fultz**"), and Jessica Fultz's ("**J.Fultz**") (collectively, "**Defendants**"), in the above-styled and numbered cause, and, pursuant to this Court's Orders, Rules, and Schedule, respectfully file this Joint Pretrial Order, and, in support thereof, would respectfully show unto this Honorable Court as follows:

## 1. APPEARANCE OF COUNSEL

*List each party, its counsel, and counsel's address and telephone number in separate paragraphs.*

*Shield Industrial Coating, LLC, Plaintiff*
Kevin Pennell
PENNELL LAW FIRM PLLC
19 Briar Hollow Lane, Suite 110
Houston Texas 77027
713-965-7568
713-583-9455 (fax)
kevin@pennellfirm.com

*Shield Liners, LLC, Defendant*
Lema Mousilli
Shea N. Palavan
MOUSILLI LAW, PLLC
11807 Westheimer Road, Suite 550, PMB 624
Houston Texas 77077
281-305-9313
service@mousillilaw.com

*Colton W. Fultz, Defendant*
Lema Mousilli
Shea N. Palavan
MOUSILLI LAW, PLLC
11807 Westheimer Road, Suite 550, PMB 624
Houston Texas 77077
281-305-9313
service@mousillilaw.com

*Jessica Fultz, Defendant*
Lema Mousilli
Shea N. Palavan
MOUSILLI LAW, PLLC
11807 Westheimer Road, Suite 550, PMB 624
Houston Texas 77077
281-305-9313
service@mousillilaw.com

*Kraig Killough, Third-Party Defendant*
Kevin Pennell
PENNELL LAW FIRM PLLC
19 Briar Hollow Lane, Suite 110
Houston Texas 77027
713-965-7568

   713-583-9455 (fax)
kevin@pennellfirm.com

*Michael Witt, Third-Party Defendant*
Kevin Pennell
PENNELL LAW FIRM PLLC
19 Briar Hollow Lane, Suite 110
Houston Texas 77027
713-965-7568
713-583-9455 (fax)
kevin@pennellfirm.com

## 2. STATEMENT OF THE CASE

*Give a brief statement of the case, one that the judge could read to the jury panel for an introduction to the facts and parties; include names, dates, and places.*

Plaintiff Shield Industrial Coatings, LLC contends Defendant Colton ~~.~~Fultz—a former employee/officer for Plaintiff—and Defendant Jessica ~~.~~Fultz (Colton~~.~~ Fultz's spouse) created a competing business, namely Defendant Shield Liners LLC, during the period of Colton ~~.~~Fultz's employment, and then misappropriated and diverted money, supplies, tools, equipment, customers, and business opportunities from Plaintiff, through the unauthorized use of trade logos, trade names, and computer equipment belonging to Plaintiff, all in violation of the federal Lanham Act, the federal Computer Fraud and Abuse Act, the Texas Theft Liability Act, and fiduciary duties under Texas law.

In response, Defendants deny the allegations against them, asserting Colton ~~.~~Fultz owns a one-third (1/3rd) membership interest in Plaintiff and seeks a judicial declaration of this membership interest. Additionally, Defendants contend Plaintiff owed Colton ~~.~~Fultz and Jessica ~~.~~Fultz payment for uncompensated services under a quantum meruit theory of liability.

Additionally, Colton ~~.~~Fultz has brought a third-party complaint against Third-Party Defendants Michael Witt and Kraig Killough—the other two members in Plaintiff~~—for~~ alleging fraud ~~and breach of fiduciary duty~~ based on their refusal to lawfully recognize Colton ~~.~~Fultz as a member in Plaintiff.~~— even though they each promised and agreed to that arrangement, for their diversion of the company's assets and business opportunities for their own personal gain, for their failure to follow corporate formalities, failing to maintain corporate records, etc.~~

## 3. JURISDICTION

*Briefly specify the jurisdiction of the subject matter and the parties. If there is an unresolved jurisdictional question, state it.*

Federal jurisdiction arises under the following federal statutes: 15 U.S.C. § 1121(a) (Lanham Act jurisdictional statute); 18 U.S.C. §1030(g) (Computer Fraud and Abuse Act jurisdictional statute); 28 U.S.C. § 1331 (federal question jurisdictional statute); and 28 U.S.C. §1367(a) (supplemental jurisdictional statute).

## 4. MOTIONS

List pending motions.

~~None~~1. Plaintiff's motion for summary judgment [Doc 40].

2. Plaintiff's motion for summary judgment on C Fultz and J Fultz's claims for declaratory judgment [Doc 41].

3. Plaintiffs' opposed motion for continuance [Doc 46, 47]

## 5. CONTENTIONS OF THE PARTIES

*State concisely in separate paragraphs each party's claims.*

Plaintiff's claims comprise (D.I. 1):

- Trademark Infringement under the Lanham Act (15 U.S.C. § 1125(a)(1)(A)) against Defendants
- Unfair Competition under the Lanham Act (15 U.S.C. § 1125(a)(1)(B)) against Defendants
- Cyber Piracy under the Lanham Act (15 U.S.C. § 1125(d)) against Defendants
- Computer Fraud and Abuse Act (18 U.S.C. § 1030(a)) against Defendants
- Texas Theft Liability Act (Tex. Civ. Prac. & Rem. Code § 134.003(a)) against Defendants
- Breach of Fiduciary Duty against Defendant Colton ~~.~~Fultz
- Conspiracy against Defendants

Defendants' claims comprise (D.I. 18):

- Request for Declaratory Judgment against Plaintiff
- Quantum Meruit against Plaintiff
- Fraud against Third-Party Defendants
- Fraud by Non-Disclosure against Third-Party Defendants
- ~~Breach of Fiduciary Duty against Third-Party Defendants~~

Third-Party Defendants' claims comprise:

- None.

## 6. ADMISSIONS OF FACT

List all facts that require no proof.

*Draft Responses Prepared by Plaintiff's counsel which have not been agreed upon by Defendants/counterplaintiffs.*

1. Although the percentage that each owns is disputed, Kraig Killoug and Michael Witt collectively own at least 66.67% of the membership interests in Shield Industrial Coatings LLC.

2. Shield Industrial Coatings, LLC was formed on August 10, 2020.

23. Shield Industrial Coatings, LLC manufactures and supplies a polyurea chemical solution to customers in the oil and gas, automotive, and construction industries under the name Shield Liners (the "Word Mark").

#. A common application of this chemical solution is as a bed liner in pickup trucks.

#. Shield Industrial Coatings, LLC sold the chemical solution and also the service of spraying it onto the good, such as a pickup truck.

#. Shield Industrial Coatings, LLC was selling its chemical solution and spray on services as early as February 2021.

#. Beginning February 2021, Colton Fultz was an employee and officer of Shield Industrial Coatings, LLC.

#. Below is an image of the Shield Industrial Coatings, LLC company logo (the "Company Logo"):

#. Shield Industrial Coatings, LLC used the Company Logo prior to January 1, 2023.

#. Shield Industrial Coatings, LLC used the Word Mark prior to January 1, 2023.

#. Shield Industrial Coatings, LLC designed and used the following product logo in connection with its Shield Liners product (the "Product Logo"):



#.  Shield Industrial Coatings LLC leased office and warehouse space (the "Premises") and stored numerous items of personal property and equipment in the Premises (the "Equipment").

#.  In the spring of 2023, third-party defendant Michael Witt suffered a severe traumatic brain injury because of an accidental workplace fall.

#.  On May 18, 2023, Colton Fultz formed Shield Liners LLC and is designated as its managing member.

#.  Shield Liners LLC uses the following company logos commercially:



SHIELD
Liners

SHIELD
Liners

SHIELD
Liners









#. Prior to July 2023, Colton Fultz removed the Equipment from the Premises.

#. Shield Liners LLC currently uses some of the Equipment.

#. Prior to July 2023, Shield Industrial Coatings LLC used the following domain name: shieldindustrialcoatings.com.

#. On or about December 20, 2023, Jessica Fultz transferred the shieldindustrialcoatings.com domain name to the primary domain name of shield-liners.com and alias domain name of shieldliners.com.

#. Shield Liners LLC began using the shieldindustrialcoatings.com; shield-liners.com; and shieldliners.com domain names for commercial purposes beginning in late December 2023 or early January 2024.

## 7. CONTESTED ISSUES OF FACT

List all material facts in controversy.

#. Whether Shield Liners LLC, Colton Fultz, and Jessica Fultz have misappropriated trademarks belonging to Shield Industrial Coating, LLC and, if so, the amount of damages.

#. Whether Colton Fultz is a member of Shield Industrial Coatings, LLC and, if so, his membership percentage.

#. Whether Shield Industrial Coatings, LLC; Kraig Killough; and Michael Witt consented to Colton Fultz's removal of the Equipment from the Premises and, if not, the amount of damages.

#. The value of equipment returned to Shield Industrial Coatings, LLC, including equipment that was returned irreparably broken.

## 8. AGREED PROPOSITIONS OF LAW

*List the legal propositions that are not in dispute.*

The parties generally agree on all questions of law but disagree on questions of fact.

## 9. CONTESTED PROPOSITIONS OF LAW

*State briefly the unresolved questions of law, with authorities to support each.*

None.

## 10. EXHIBITS

*A. On a form similar to the one provided by the clerk, each party will attach two lists of all exhibits expected to be offered and will make the exhibits available for examination by opposing counsel. All documentary exhibits must be exchanged before trial, except for rebuttal exhibits or those whose use cannot be anticipated.*

*B. A party requiring authentication of an exhibit must notify the offering counsel in writing within 7 days after the exhibit is listed and made available; failure to object in advance of the trial in writing concedes authenticity.*

*C. Within reason, other objections to admissibility of exhibits must be made at least 7 days before trial; the Court will be notified in writing of disputes, with copies of the disputed exhibit and authority.*

*D. Parties must mark their exhibits to include the date and case number on each.*

*E. At the trial, the first step will be the offer and receipt in evidence of exhibits.*

*See* attached Defendants' Trial Exhibit List.

## 11. WITNESSES

*A. List the names and addresses of witnesses who may be called with a brief statement of the nature of their testimony. Include the qualifications of expert witnesses; these will be used to qualify the expert at trial.*

*See* attached ~~Defendants'~~ Trial Witness List.

| Name | Brief Statement of Testimony and Qualifications |
|---|---|
| Shield Industrial Coatings, LLC Including Corporate Representatives and Custodians of Record c/o Kevin Pennell | Shield Industrial Coatings, LLC is the Plaintiff in this case. |

| | |
|---|---|
| Charles "Will" Aldrete<br>PENNELL LAW FIRM PLLC<br>19 Briar Hollow Lane, Suite 110<br>Houston Texas 77027 | |
| Kraig Killough<br>c/o Kevin Pennell<br>Charles "Will" Aldrete<br>PENNELL LAW FIRM PLLC<br>19 Briar Hollow Lane, Suite 110<br>Houston Texas 77027 | Mr. Killough is a cross-defendant and ~~one third~~ owner in Plaintiff. Mr. Killough may testify regarding the claims raised in Plaintiff's Original Complaint and other relevant pleadings filed in the case. |
| Michael Witt<br>c/o Kevin Pennell<br>Charles "Will" Aldrete<br>PENNELL LAW FIRM PLLC<br>19 Briar Hollow Lane, Suite 110<br>Houston Texas 77027 | Mr. Witt is a cross-defendant and ~~one third~~ owner in Plaintiff. Mr. Witt may testify regarding the claims raised in Plaintiff's Original Complaint and other relevant pleadings filed in the case. |
| Shield Liners, LLC<br>Including Corporate Representatives and Custodians of Record<br>c/o Lema Mousilli<br>Shea Palavan<br>MOUSILLI LAW, PLLC<br>11807 Westheimer Road, Suite 550, PMB 624<br>Houston Texas 77077 | Shield Liners, LLC is a Defendant in this case. |
| Colton W. Fultz<br>c/o Lema Mousilli<br>Shea Palavan<br>MOUSILLI LAW, PLLC<br>11807 Westheimer Road, Suite 550, PMB 624<br>Houston Texas 77077 | Mr. Fultz is a defendant and counter-plaintiff in this matter, and alleges a one-third ~~owner~~ membership interest in Plaintiff. He is also ~~and~~ the owner of Shield Liners LLC. Mr. Fultz may testify regarding the facts and occurrences involved in this case and the allegations made in the pleadings. |
| Jessica Fultz<br>c/o Lema Mousilli<br>Shea Palavan<br>MOUSILLI LAW, PLLC<br>11807 Westheimer Road, Suite 550, PMB 624<br>Houston Texas 77077 | Mrs. Fultz is a defendant and counter-plaintiff in this matter. Mrs. Fultz may testify regarding the facts and occurrences involved in this case and the allegations made in the pleadings. |
| Michael O'Cana<br>Tem Peaks Media<br>9 Spanish Pass Road<br>Boerne, TX 78006<br>Tel: 830.388.8110 | Mr. O'Cana may testify regarding Plaintiff's allegations about the creation and maintenance of Plaintiff's website and Defendants' request and efforts to modify the website. |

| | |
|---|---|
| Sarah Calderon<br>Ron Carter Automotive | Ms. Calderon may testify regarding Plaintiff's allegations about Defendants' efforts to provide false information, including address changes, that was used to misdirect payments to Defendants. |
| Martha Lara<br>Ron Carter Automotive<br>Tel: 281.388.8020 | Ms. Lara may testify regarding Plaintiff's allegations about Defendants' efforts to provide false information, including address changes, that was used to misdirect payments to the Defendants. |
| Lema Mousilli<br>MOUSILLI LAW, PLLC<br>11807 Westheimer Road, Suite 550, PMB 624<br>Houston Texas 77077 | Ms. Mousilli may testify regarding the necessity and reasonableness of attorney fees paid by Defendants.<br><br>Ms. Mousilli has been licensed to practice law in Texas since 2006. Ms. Mousilli is also admitted to practice before the U.S. District Court for the Southern District of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the Northern District of Texas, U.S. District Court for the District of Colorado, U.S. District Court for the District of Columbia, U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the Fifth Circuit, and the U.S. Court of Federal Claims. Ms. Mousilli is the Principal Attorney for MOUSILLI LAW, PLLC, the law firm which represents Defendants in this case. A large portion of Ms. Mousilli's over 19 years of practice has been devoted to litigation of matters such as this case in state and federal courts nationwide. |

*B. Include:*

*"If other witnesses to be called at the trial become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses."*

If other witnesses to be called at the trial become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

**12. SETTLEMENT**

*State that all settlement efforts have been exhausted, that the case cannot be settled, and that it will have to be tried.*

The parties are presently working to schedule mediation.

**13. TRIAL**

*A. Probable length of trial; and*

The parties anticipate a 4-day trial, or approximately 25-30 hours to present evidence.

*B. Logistical problems, including availability of witnesses, out-of-state people, bulky exhibits, and demonstrations.*

Third-party defendant Michael Witt suffered a traumatic brain injury which may impact his ability to appear and testify. However, None known at this timethis injury happened a few years ago and it is not asserted that a continuance would make it more likely that he would be able to appear and testify.

**14. ATTACHMENTS**

*Include these required attachments:*

*A. For a jury trial:*

*(1) Proposed questions for the voir dire examination.*

See attached.

*(2) Proposed charge, including instructions, definitions, and special interrogatories, with authority.*

See attached.

*B. For a nonjury trial:*

*(1) Proposed findings of fact (without repeating uncontested facts) and*

Not applicable.

*(2) Conclusions of law, with authority.*

Not applicable.

Date: ______________________ ______________________________
UNITED STATES DISTRICT JUDGE

Approved:

Date: ______________________ ______________________________
Attorney-in-Charge, Plaintiff/Counter-Defendant

Date: ______________________ ______________________________
Attorney-in-Charge, Defendants/Counter-Plaintiffs

Date: ______________________ ________________________________________
Attorney-in-Charge, Third-Party Defendants/Cross-Defendants

DATED: October 24, 2025

Respectfully submitted,

Mousilli Law, PLLC

BY: /sdraft/ Shea N. Palavan ______________

Shea N. Palavan
TX Bar No. 24083616
SDTX Bar No. 1692329
Lema Mousilli
TX Bar No. 24056016
SDTX Bar No. 1358290
11807 Westheimer Road
Suite 550, PMB 624
Houston, Texas 77077
Tel: (281) 305-9313
service@mousillilaw.com

Pennell Law Firm PLLC

*Draft*

Kevin Pennell
TX Bar No. 24046607
SDTX Bar No. 583414
19 Briar Hollow Ln ste 110
Houston TX 77027
713-965-7568
kevin@pennellfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record by CM/ECF on this 24th day of October 2025 as of the date of filing.