• AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     Texas

Shield Industrial Coatings, LLC

V.

Shield Liners LLC, Colton W. Fultz, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 4:24-cv-01753

| PRESIDING JUDGE<br>Hon. Alfred H. Bennett | PLAINTIFF'S ATTORNEY<br>Kevin Pennell | DEFENDANT'S ATTORNEY<br>Lema Mousilli |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Shield Industrial branding (SIC 1-3, 19) |
| 2 | | | | | 2023 text messages (SLP 12-14) |
| 3 | | | | | Aug 2023 emails (SIC 49-52) |
| 4 | | | | | Shield Industrial branding invoices (SIC 14-18) |
| 5 | | | | | Shield Liners logo |
| 6 | | | | | Dec 2023 emails re: website (SIC 35-39) |
| 7 | | | | | Feb 2024 emails re: website (SLP 75-76) |
| 8 | | | | | Video of website |
| 9 | | | | | Video of website |
| 10 | | | | | Aug 2023 email to Ron Carter (SIC 30-32) |
| 11 | | | | | Aug 2024 check from Ron Carter to Shield Industrial (SLP 77) |
| 12 | | | | | Nov 2023 email from colt@shieldindustrialcoatings.com (SIC 40-41) |
| 13 | | | | | Feb 2024 invoice - USA Capitol (SIC 33) |
| 14 | | | | | Feb 2024 email - SE freight past due invoice (SIC 42-43) |
| 15 | | | | | Ron Carter invoices (SIC 56-107) |
| 16 | | | | | 2021 & 2022 W-2 (SLP 22-23) |
| 17 | | | | | Shield Liners P&L statements (SLP 41-44) |
| 18 | | | | | Shield Assets (SIC 34) |
| 19 | | | | | 55 gallon MAXair truck mount quote (SIC 53) |
| 20 | | | | | Estimate - Reactor 2 E-XP2 w/ parts (SIC115-116) |
| 21 | | | | | Estimate - HXP3, R2 Package (SIC 117) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages