IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SHIELD INDUSTRIAL COATINGS, LLC,** | § | |
| *Plaintiff/Counter-Defendant*, | § § § | |
| **V.** | § § | |
| **SHIELD LINERS, LLC, COLTON W. FULTZ, and JESSICA FULTZ,** | § § § | CIVIL CASE NO. 4:24-CV-01753-AHB |
| *Defendants/Counter-Plaintiffs/Cross-Plaintiffs*, | § § § | **(JURY DEMANDED)** |
| **V.** | § § § | |
| **MICHAEL WITT and KRAIG KILLOUGH,** | § § § | |
| *Third-Party Defendants/Cross-Defendants*. | § § | |

### DEFENDANTS' TRIAL EXHIBIT LIST

**COME NOW**, Defendants/Counter-Plaintiffs, Shield Liners, LLC ("**Shield Liners**"), Colton W. Fultz ("**C.Fultz**"), and Jessica *Fultz's* ("**J.Fultz**") (collectively, "**Defendants**"), in the above-styled and numbered cause, and, pursuant to this Court's Orders, Rules, and Schedule, respectfully file this *Defendants' Trial Exhibit List*, and hereby provide the following list of exhibits that Defendants designate will be used or may be used at trial:

| No. | Description | Offer | Object | Date Admit | Date N/Admit |
|---|---|---|---|---|---|
| 1. | 2021 W-2 (SLP–000022-SLP–000022) | | | | |
| 2. | 2022 W-2 (SLP–000023-SLP–000023) | | | | |
| 3. | Text Messages (SLP–000001-SLP–000016) | | | | |
| 4. | Text Messages (SLP–000036-SLP–000037) | | | | |
| 5. | Text Messages (SLP–000035-SLP–000040) | | | | |
| 6. | Text Messages (SLP–000030-SLP–000032) | | | | |
| 7. | Google Document Sharing screenshots (SLP–000072-SLP–000074) | | | | |
| 8. | P&Ls (SLP–000041-SLP–000044) | | | | |
| 9. | Tax Documents (SLP–000045-SLP–000071) | | | | |
| 10. | Ten Peaks Media Emails (SLP–000075-SLP–000076) | | | | |
| 11. | Check (SLP–000077-SLP–000077) | | | | |

Defendants reserve the right to supplement, amend, and/or withdraw any submission based on the evidence presented at trial and to object to any submissions by any other party in this case. Further, by submitting this Trial Exhibit List, Defendants in no way waive or concede any arguments currently pending before the Court in any motion for summary judgment, motion to strike, or motion *in limine*.

Further, Defendants reserve the right to introduce any exhibits listed or designated by any other party in this case.

DATED: October 10, 2025

Respectfully submitted,

Mousilli Law, PLLC

BY: */s/ Shea N. Palavan*
Shea N. Palavan
  TX Bar No. 24083616
  SDTX Bar No. 1692329
Lema Mousilli
  TX Bar No. 24056016
  SDTX Bar No. 1358290
11807 Westheimer Road
Suite 550, PMB 624
Houston, Texas 77077
Tel: (281) 305-9313
service@mousillilaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service on this October 10, 2025, via electronic filing manager as follows:

Kevin Pennell
**PENNELL LAW FIRM PLLC**
24 Greenway Plaza, Suite 500
Houston, Texas 77046
Tel: (281) 813-8959
service@justwynnelaw.com

*Attorney for Plaintiff, Shield Industrial Coatings, LLC
and
Third-Party Defendants / Cross-Defendants, Michael Witt and Kraig Killough*