IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC,<br>    *Plaintiff/Counter-Defendant*, | §<br>§<br>§<br>§ | |
| V. | §<br>§ | |
| SHIELD LINERS, LLC, COLTON W. FULTZ, and JESSICA FULTZ,<br>    *Defendants/Counter-Plaintiffs/Cross-Plaintiffs*, | §<br>§<br>§<br>§<br>§ | CIVIL CASE NO. 4:24-CV-01753-AHB<br><br>(JURY DEMANDED) |
| V. | §<br>§ | |
| MICHAEL WITT and KRAIG KILLOUGH,<br>    *Third-Party Defendants/Cross-Defendants*. | §<br>§<br>§<br>§<br>§ | |

**ORDER DENYING SHIELD INDUSTRIAL COATINGS, LLC'S
MOTION FOR CONTINUANCE**

Upon consideration of Plaintiff/Counter-Defendant Shield Industrial Coatings, LLC's Motion for Continuance (the "**Motion**"), Defendants/Cross-Plaintiff's Shield Liners, LLC, Colton W. Fultz, and Jessica Fultz's Response to said Motion (the **"Response"**), and after considering all other arguments of counsel, if any, the Court finds that the Motion should be **DENIED**.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED.**

All existing settings remain in effect, including the November 7, 2025 docket call and the November 10, 2025 trial date.

It is **SO ORDERED**.

DATED: _____

                                                THE HONORABLE ALFRED H. BENNETT
                                                    UNITED STATES DISTRICT JUDGE

ORDER DENYING SHIELD INDUSTRIAL COATINGS, LLC'S
MOTION FOR CONTINUANCE