UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC<br>*Plaintiff/Counter-Defendant,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:24-cv-01753 |
| SHIELD LINERS, LLC,<br>COLTON W. FULTZ, and JESSICA FULTZ,<br>*Defendants/Counter-Plaintiffs/Cross-Plaintiffs* | § § § § § | JURY DEMANDED |
| v. | § § | |
| MICHAEL WITT AND KRAIG KILLOUGH<br>*Third-Party Defendants/Cross-Defendants* | § § § § | |

**PLAINTIFF'S AND THIRD-PARTY DEFENDANTS'
OBJECTIONS TO DEFENDANTS' TRIAL EXHIBITS**

Pursuant to Local Rule 46, plaintiff/counter-defendant Shield Industrial Coatings, LLC and third-party defendants Michael Witt and Kraig Killough (collectively "Plaintiff") file and serve their objections to defendants' trial exhibits as follows:

**Def Exh 3**   This exhibit includes SLP 1 – SLP 16.  Plaintiff objects only to SLP 1 – 9 and SLP 16.  These are communications between Colton Fultz and Jessica Fultz.  Plaintiff objects as hearsay pursuant to Fed. R. Evid. 801 – 802 as hearsay and further objects as improper bolstering under Fed. R. Evid. 608.  Plaintiff also objects on relevance pursuant to Fed. R. Evid. 401 – 402.

**Def Exh 6**   Plaintiff objects to this exhibit in its entirety (SPL 30 – 32), as it is communications between Jessica Fultz and Colton Fultz, pursuant to Fed. R. Evid. 401 – 402, 608, and 801 – 802 for the reasons described above.

Respectfully submitted,

**PENNELL LAW FIRM PLLC**
19 Briar Hollow Lane, Suite 110
Houston, Texas 77027
Telephone: (713) 965-7568
Facsimile: (713) 583-9455

By: ___/s/ Kevin Pennell___
      Kevin Pennell
      Texas Bar Number: 24046607
      E-mail: kevin@pennellfirm.com

ATTORNEYS FOR PLAINTIFF AND
THIRD-PARTY DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on November 3, 2025 a true and correct copy of the foregoing document has been served on all parties of record through the electronic filing system.

_____/s/ Kevin Pennell_____