10:16





Hubby 🥰 >
Conroe, TX

day out. Never taken a day off. I have never been able to count on you for anything and I've kept my mouth shut and just handled everything myself just to avoid conflict. That's not working anymore. I'm handling shit now my way or I'm out. If you pay for the trailer roof I have no problem but shield isn't coming out of pocket for a trailer that'll have a patriot logo on it.

Cool as friends? Hell yea. Cool as business partners? No. The passive aggressiveness needs to stop. Just like the email last night. It's little jabs consistently.
An apology is great but when does it end? We get it, you've got a lot going on but you're not the only one. And it's also not about the tape. It's about using Shield as a cover for your other companies expenses and allowing you to take the fall for the account balance. Let's charge Shield for ARW supplies, our rent, our employees and then tell Kraig the reason Shield doesn't have more money is because Colton isn't working hard enough.

iMessage

10:22





Hubby 🥰 >
Conroe, TX

Why is he so delayed on paying Josh? That was for the other sets you already sold right?

Yea that's gonna be an issue if he orders from Josh when you've already got this thing going with Marvel. It's going to tie up any money Shield has

He was supposed to have paid him already. He said he did. I cant see that shit so this whole time I thought he was paid and we were good.

Yea so since the insurance bullshit and him just now paying Josh it's fucked.

Well.. I told Crystal that Wednesday at 3:30 would work for a meeting with Kraig. Idc if it's zoom or whatever but take that time and just let him know... we out ✌🏼 but we don't want to burn the bridge.

Yea I saw. I wish we were closing before I said anything though Mike will pull some crazy shit. I know he will

iMessage



10:24 37





Hubby 🥰 >
Conroe, TX

Aug 30, 2023 at 11:32 AM

Mike called me and told me he's trying to fix the books and asked about some stuff. Then proceeded to tell me this company fucking sucks and it's cost him money and now he's stuck with another building until Westin leases it out.
Then asked me how business is going and I said it's much better now that y'all aren't involved and he said well make some fucking money so you can pay me back for phone line and logo and replacing the holes in the other shops tin. I said well imagine how I feel not getting paid for a year on a 90k agreement with zero help and someone blocking everything I tried to do. Take it out of the 20k of rent we paid you.

I didn't see the other part of your text about the class.

Ok

lol wow I know he's joking. Absolutely no way do we owe him shit. Shield paid not only rent but for

iMessage



9:10





40





Hubby 🥰 >

Conroe, TX




**19402 Jones Street, Humble, TX 77338**

har.com

May 9, 2023 at 10:21 AM

Mike didn't pay the fucking power bill again.

Dude

Yea. Wtf

We gotta find a new place ASAP lol

Yea I'd like to check out that Tomball spot

Same. Do you have the address?

I can move my interview.
I just signed my new contract through 6/30. Same rate.
8-5 M-F

iMessage




9:13
40
Hubby 🥰
Conroe, TX
Apr 17, 2023 at 1:52 PM
But you couldn't even get your business partner to ship out topcoat for you
Delivered
Reply
I
The
I'm
Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123
space
return







Jul 6, 2023 at 9:50 AM

No power again. Dude didn't fucking pay the bill



Reply



I | The | I'm

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123 space return













Hubby 🥰 >

Conroe, TX



Jul 25, 2023 at 10:58 AM

He's getting me what's owed put together. Basically he's going to help us grow with his business spraying trucks and let us have the industrial coatings name too



Reply



I | The | I'm

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123 space return





10:26










Hubby 🥰

Conroe, TX

Oh. That shouldn't be a big deal though.
Honestly anything past those repairs I would ask Westin about.

Yea I was about to say he still has to fix the door.

Whatever is past it is Mikes problem. We've done more than enough

I'm just saying I would ask Westin what the normal move out is. Because you don't want to get charged and obviously Mike still has access to charge it to shield

That's why I'm keeping Kraig informed on what exactly is done

Yup.

That's why I took a pic yesterday before we left too lol

lol I thought so. I'm taking a pic when I'm done tonight too

Jul 31, 2023 at 6:55 PM



iMessage



6:53 5G 92








Mike

Mon, Jul 31 at 9:24 AM

I told Kraig I could sell the table saw and mitre saw at Ritchie bros auction. I told the guys to grab them but they got yours.

Whenever you can come by and we can swap them out

I'm going to start fixing all the wall holes. They have to be muddled and float. It has to be painted too.

Dog damage to door has to be fixed. New weather strip and wood filler. Then paint.

I planned on getting that today and fixing the door and holes but I've got to go talk to a shop in Montgomery about setting up a system at 1 today so I won't be there until this after that.

I'm getting that paint outta there too but ran out of room on the trailer yesterday.

Okay. Bring the 2 Rigid saws

iMessage