

Colton
Conroe, TX

Aug 30, 2023 at 11:48 AM

Copy of the lease.

AND he was the one that double checked and told Kraig we were good to get out by the 1st. So that's HIS fault.

Delivered

SLP - 000016