9:07





**Hubby 🥰**
Conroe, TX

as far as answers.

Perfect babe you said it exactly how it needs to be understood! You're awesome!

I'll come up with some too. I told him I'd send him the differences between cartridges and the 2:1 system, etc and why high pressure beats cartridges.

He wants me to add in a page for buildouts to show what they look like, what sizes they need, etc. and clarify that the 1:1 is Part A & Part B and maybe show a picture of the drums. Then we will have a page with the increased pricing. So he will have 3 binders.

Also he said Sean was the owner at ALLN1? He said he showed him where he sprayed and that they've had inconsistency with material which is why they were outsourcing. Anyway - he said it wasn't Patriot so I thought that was really weird.



 iMessage 

Case 4:24-cv-04758　　Document 52-3　　Filed on 11/03/25 in TXSD　　Page 2 of 3



**Hubby** 🥰
Conroe, TX



**This is for Rhino of NOLA**

We can scoop him out 5 Gal buckets to try but we can also send him drums and send it back if he don't like it. Easier that way

**Ok what's cost for 5 Gal- $140?**

280

It's 10 gallons

iMessage

SLP - 000031



9:09

Hubby 🥰
Conroe, TX

EXP-2 $23,062
100' Hose $4,131
Whip $840.38
+ Shipping $167.25

Total
$28,200.63

Make check out to:
General Coatings Manufacturing Corp
Mail to:
3001 E Pioneer Pkwy
Arlington, TX
76010

Apr 22, 2022 at 11:14 AM



iMessage