UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC<br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>SHIELD LINERS, LLC,<br>COLTON W. FULTZ, and JESSICA FULTZ,<br>*Defendants/Counter-Plaintiffs/Cross-Plaintiffs*<br><br>v.<br><br>MICHAEL WITT AND KRAIG KILLOUGH<br>*Third-Party Defendants/Cross-Defendants* | §§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:24-cv-01753<br><br>JURY DEMANDED |

**UNOPPOSED MOTION FOR SETTLEMENT CONFERENCE**

Plaintiff/counterdefendant Shield Industrial Coatings LLC ("Shield") and third-party defendants Michael Witt ("Witt") and Kraig Killough ("Killough") (collectively, "Movants") file this Unopposed Motion for Settlement Conference. The parties desire to attempt to resolve their dispute with the assistance of a federal magistrate and seek a reset of the Nov 7th docket call and Nov 10th trial date pending this settlement conference.

**Prayer**

Movants pray that this motion be granted, the case removed from this Court's Nov 7th docket call and Nov 10th trial setting, and the case be referred for a settlement conference before a federal magistrate.

Respectfully submitted,

  /s/ Kevin Pennell
Kevin Pennell
Texas Bar No. 24046607
Fed ID no. 583414
PENNELL LAW FIRM PLLC
19 Briar Hollow Lane, Suite 110
Houston, Texas 77027
Telephone: (713) 965-7568
Facsimile: (713) 583-9455
kevin@pennellfirm.com

ATTORNEY FOR PLAINTIFF AND THIRD-PARTY DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been e-served on all counsel entitled to same on this 4th day of November 2025.

  /s/ Kevin Pennell

## CERTIFICATE OF CONFERENCE

I certify that I conferred with opposing counsel Lema Mousilli and she is unopposed to the relief requested in this motion.

  /s/ Kevin Pennell