UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC | § | |
| *Plaintiff/Counter-Defendant,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-01753 |
| | § | |
| SHIELD LINERS, LLC, | § | |
| COLTON W. FULTZ, and JESSICA FULTZ, | § | JURY DEMANDED |
| *Defendants/Counter-Plaintiffs/Cross-Plaintiffs* | § | |
| | § | |
| v. | § | |
| | § | |
| MICHAEL WITT AND KRAIG KILLOUGH | § | |
| *Third-Party Plaintiffs/Cross-Defendants* | § | |

## ORDER

The Unopposed Motion for Settlement Conference filed by plaintiff and third-party defendants is **GRANTED.** The parties shall schedule a settlement conference with the Hon. _____, United States Magistrate Judge, as soon as reasonably practicable.

The docket call scheduled for Friday, November 7, 2025 and trial date of November 10, 2025 are hereby **VACATED.**

Docket Call is set for the ___ day of _____ 2026 at ___:___ __.m.

Trial is set for the ___ day of _____ 2026.

_____                _____
Date                                                                              The Honorable Alfred H. Bennett
                                                                                       United States District Judge