United States District Court
Southern District of Texas
**ENTERED**
November 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-01753 |
| | § | |
| SHIELD LINERS, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## REFERRAL ORDER

Before the Court is Plaintiff/Counter-Defendant's Unopposed Motion for Settlement Conference (the "Motion"). Doc. #53. The Court hereby GRANTS the Motion. Doc. #53.

The Court has determined that this case is appropriate for referral to United States Magistrate Judge Andrew Edison for a settlement conference. Each party who is a natural person must be present during the settlement conference. Each party that is not a natural person must be represented by a principal, partner, officer, or official with authority to negotiate a settlement. If one or more insurance companies must be involved in a settlement of the case, a representative from each insurance company with authority to negotiate a settlement must be present during the settlement conference.

It is therefore ORDERED that this case is referred to United States Magistrate Judge Andrew Edison for the purpose of a settlement conference.

NOV 07 2025
Date

The Honorable Alfred H. Bennett
United States District Judge