## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Shield Industrial Coatings, LLC

v.                                                      Case Number: 4:24–cv–01753

Shield Liners, LLC, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Settlement Conference set for 12/19/2025 at 09:00 AM before Magistrate Judge Andrew M Edison, by video.

Date: November 24, 2025

                                                                          Nathan Ochsner, Clerk, Clerk
                                                                          s/ 3 RubenCastro, Deputy Clerk