# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Shield Industrial Coatings, LLC

v.                                          Case Number: 4:24–cv–01753

Shield Liners, LLC, et al.

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 1/30/2026 at 09:30 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: January 9, 2026

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk