UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC<br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>SHIELD LINERS, LLC,<br>COLTON W. FULTZ, and JESSICA FULTZ,<br>*Defendants/Counter-Plaintiffs/Cross-Plaintiffs*<br><br>v.<br><br>MICHAEL WITT AND KRAIG KILLOUGH<br>*Third-Party Defendants/Cross-Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:24-cv-01753<br><br>JURY DEMANDED |

**UNOPPOSED MOTION FOR CONTINUANCE**

Defendants/Counter-Plaintiffs/Cross-Plaintiffs Shield Liner, LLC, Colton W. Fultz, and Jessica Fultz file this Motion for Continuance, requesting a postponement of the current trial setting and states the following:

The case was filed May 5, 2024 and Defendants/Counter-Plaintiffs/Cross-Plaintiffs answered on June 7, 2024. This case is currently scheduled docket call on October 23, 2026 and for trial on October 26, 2026. Counsel for Defendants/Counter-Plaintiffs/Cross-Plaintiffs has a prolonged family medical emergency. Therefore, Defendants/Counter-Plaintiffs/Cross-Plaintiffs request a postponement of this trial setting.

This continuance is not sought for delay but so that justice can be done.

Respectfully submitted,

MOUSILLI LAW PLLC
11807 Westheimer Road, Suite 550 PMB 624
Houston TX 77077
(281) 305-9313

By: */s/ Shea N. Palavan*
Shea N. Palavan
TX Bar No. 24083616
SDTX Bar No. 1692329
Lema Mousilli
TX Bar No. 24056016
SDTX Bar No. 1358290

**ATTORNEYS FOR SHIELD LINERS, LLC, COLTON W. FULTZ, AND JESSICA FULTZ**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been e-served on all counsel entitled to same on this 5th day of October 2026.

*/s/ Shea N. Palavan*

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Plaintiff/Counter-Defendant and for Third Party Defendants/Cross Defendants and he is unopposed to relief in this motion.

*/s/ Shea N. Palavan*