United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIELD INDUSTRIAL COATINGS, LLC<br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>SHIELD LINERS, LLC,<br>COLTON W. FULTZ, and JESSICA FULTZ,<br>*Defendants/Counter-Plaintiffs/Cross-Plaintiffs*<br><br>v.<br><br>MICHAEL WITT AND KRAIG KILLOUGH<br>*Third-Party Defendants/Cross-Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:24-cv-01753<br><br>JURY DEMANDED |

**ORDER**

The Court is of the opinion that Shield Liners, LLC, Colton W. Fultz, and Jessica Fultz's Motion for Continuance is not sought for delay and that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Signed Order Docket Call [Doc 59] is HEREBY amended as follows:

6. January 8, 2027 — **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A.

7. January 11, 2027 — **TRIAL** is set at 9:00 a.m. in Courtroom 9A.
Case is subject to being called to trial on short notice during
The two week period beginning on this date.

October 21, 2026
Date

The Honorable Alfred H. Bennett
United States District Judge